United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9/1/17
Roberta D. Tabora, Clerk
By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR 193 (VAB) |
| v. | : | VIOLATION: |
| MICHAEL MIANO | : | 18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Conspiracy to Commit Wire Fraud)

1. At all times relevant to this Information, Defendant MICHAEL MIANO ("MIANO") shared a home with Co-Conspirator #1, an individual whose identity is known to the United States Attorney.

2. From approximately January 2012 until June 2016, Co-Conspirator #1 worked for Lodestone Management Consultants, later known as Infosys Consulting ("the Company").

3. In her capacity as a Company employee, Co-Conspirator #1 had the Company's American Express credit card, which was intended by the Company to be used to reserve and pay for travel, entertainment, and other business expenses incurred by the Company's employees and its potential recruits.

4. Beginning in approximately 2013, Co-Conspirator #1 worked for the Company from her and MIANO's home in Connecticut.

5. Beginning in approximately 2013 and continuing through approximately June 2016, in the District of Connecticut and elsewhere, defendant MICHAEL MIANO did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with others, both known and unknown to the United States Attorney, to commit an offense against the United States, namely

to willfully, knowingly and with the intent to defraud devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, as more fully set forth herein, and, for the purposes of executing such a scheme and artifice, to knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals and sounds, in violation of Title 18, United States Code, Section 1343.

6. The purpose of the conspiracy was to benefit MIANO and Co-Conspirator #1 by embezzling money and property from the Company by means of materially false and fraudulent pretenses, representations and promises.

7. It was part of the scheme for MIANO and Co-Conspirator #1 to use Co-Conspirator #1's access to the Company's American Express credit card to wrongfully divert Company funds to MIANO and Co-Conspirator #1.

8. To effectuate the scheme, Co-Conspirator #1 wrongfully charged her own and MIANO's personal expenses to the Company's credit card, including a rental car in the defendant's name, airline tickets, hotel reservations, and meals.

9. Co-Conspirator #1 also carried out the scheme by wrongfully transferring funds from the Company's American Express credit card to her and MIANO's PayPal and Venmo accounts.

10. MIANO knew that Company funds he received from Co-Conspirator #1 were ill-gotten.

11. To conceal the scheme, Co-Conspirator #1 altered the Company's American Express account statements and created false billing summaries, which were then emailed to the Company's accounting firm.

12. In furtherance of the conspiracy and to accomplish its purposes and objects, MIANO committed overt acts in the District of Connecticut, including:

    a. between December 2013 and August 2016, making approximately 436 ATM withdrawals totaling $124,473.38 and approximately 247 "cash back" withdrawals at Stop & Shop totaling $40,362.56, thereby converting Company funds received by MIANO from Co-Conspirator #1 into cash.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA

*[signature]*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*[signature]*
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY