# UNITED STATES DISTRICT COURT
## for
## Connecticut

U.S.A. vs. Michael Miano  Docket Number: 0205 3:17CR00193-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Avimael Aponte, Probation Officer, presenting an official report upon the conduct of defendant Michael Miano, who was placed under pretrial release supervision by the Honorable Victor A. Bolden, U.S. District Judge, sitting in the court at Bridgeport, Connecticut on the first day of September, 2017 under the following conditions:

1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case; 2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney and probation in writing before any change in address and telephone number; 3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed; 4) The defendant shall report to probation as directed by probation; 5) The defendant shall surrender any passport to his attorney; 6) The defendant shall obtain no passport or visa or travel papers; 6) The defendant shall get medical or psychiatric treatment at the discretion of the U.S. Probation Office 10) The defendant shall submit to substance abuse testing at the direction of the U.S. Probation Office 11) The defendant shall submit to psychological or psychiatric testing, if recommended by the U.S. Probation Office. 12) The defendant shall submit to substance abuse treatment if directed by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 17, 2018, Mr. Miano submitted to a sweat patch drug test that was adhered to his arm through May 24, 2018. The test returned positive results for cocaine and opiates. A separate opiate panel was conducted and it returned positive results for codeine, morphine and a special test of "6AM," which is a test for the heroin metabolite, which was also positive. Following the removal of the sweat patch, Mr. Miano was directed to call the Probation Office's random drug testing telephone line. Mr. Miano was directed several times throughout the month of June 2018 to call the line, but he has failed to do so to date. On June 19, 2018, the probation officer conducted an unannounced home visit at Mr. Miano's home and he rendered a oral swab test that yielded a positive result for cocaine. He initially did not admit to using cocaine, but later admitted to using the substance in a telephone conversation. It is advised that after Mr. Miano's initial relapses, he was directed to change his treatment setting to a more intense setting that would also be able to deal with his mental health needs. Mr. Miano was referred to Apt Foundation and he has been attending the facility at their North Haven location. His clinician advised that in light of the recent positive drug screens, he may wish to move to an intensive outpatient track in order for weekly drug screens and increased support to be provided. The probation officer will redirect Mr. Miano to provide weekly screens through the random drug testing line as well.

PRAYING THAT THE COURT WILL ORDER that a summons be issued in response to the defendant's continued non-compliance

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct |
|---|---|
| Considered and ordered this 22nd day of June, 20 18 and ordered filed and made a part of the records in the above case. | Executed on Jun 21, 2018 |
| _____ U.S. District Judge/Magistrate Judge | Avimael Aponte U.S. Probation Officer |
| | _____ U.S. Probation Officer Place Bridgeport, Connecticut |

**Submit by Email**  **Print**  **Save As...**